

**COM.**

v.

**GANDY, J.**

**1672 EDA 2016**

Superior Court of Pennsylvania.

06/05/2017

Reargument Denied 8/4/2017

CP–23–CR–0006456–1984 (Delaware)

Affirmed

**IN the INTEREST OF: J.K.L., a Minor**

**2139 EDA 2016**

Superior Court of Pennsylvania.

06/05/2017

CP–51–AP–0000952–2015, FID–51–FN–0016432915 (Philadelphia)

Affirmed

**COM.**

v.

**THOMPSON, S.**

**2472 EDA 2016**

Superior Court of Pennsylvania.

06/05/2017

CP–23–CR–0001738–2016

(Delaware)

Reversed/Remanded

**COM.**

v.

**THOMPSON, S.**

**2475 EDA 2016**

Superior Court of Pennsylvania.

06/05/2017

CP–23–CR–0003712–2015

(Delaware)

Reversed/Remanded

**IN the INTEREST OF: G.H., a Minor**

**3230 EDA 2016**

Superior Court of Pennsylvania.

06/05/2017

51 FN 001254–2016

(Philadelphia)

Appeal Dismissed

**COM.**

v.

**CANNON, R.**

**1680 MDA 2015**

Superior Court of Pennsylvania.

06/05/2017

CP–38–CR–0000559–2014 (Lebanon)

Affirmed

